UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIANO AGUILERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISPEEDTOLEAD, INC.,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01021-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 5) |

Pending before the Court is the parties' stipulated request to extend the time by 21 days for Defendant to file its responsive pleading to the complaint. (Doc. 5). The parties represent that good cause exists for granting the relief requested as they have entered into a confidential written settlement agreement and must complete settlement obligations by October 23, 2024, before Plaintiff dismisses this action. *Id.* at 2.

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendant shall have until **November 6, 2024**, to file a responsive pleading to Plaintiff's complaint.

///

///

///

///

And it is FURTHER ORDERED that the parties promptly refer to and comply with Local Rule 160.

IT IS SO ORDERED.

Dated:   **October 3, 2024**                             _____
                                                         UNITED STATES MAGISTRATE JUDGE